### ELKIN ag$^t$ HOBART. &$^a$

Nathanael Elkin or his Attourny plaint. ag$^t$ Joshua Hobart Junio$^r$ and Edward Cowell or either of them Defend$^{ts}$ in an action of the case for witholding a debt of One hundred Forty and Four pounds currant mony of New-England due unto the plaint. upon the Forfiture of theire bond under theire hands and Seales dated in Boston the twenty Second day of Novemb$^r$ 1675. as will more plainly appeare with all due damages according to attachm$^t$ dat$^d$ July. 20th 1676. . . . The Jury . . . founde for the plaint. One hundred Forty four pounds mony Forfiture of the bond & costs of Court. The Court on request of the Defend$^t$ chancered this Forfiture to the Summe of Seventy three pounds Seven Shillings six pence in currant mony of New-England & costs of Court, allowed. thirty Eight Shillings [ 388 ] and Six pence halfe penny: Edward Cowell the Defend$^t$ (who onely appeared to answer the action) appealed from this Judgem$^t$ unto the next Court of Assistants & himselfe principall in One hundred Forty three pounds and Nathanael Reynolls and Thomas Harris Sureties in £-73- apeice acknowledged themselves respectiuely bound . . . on condition the s$^d$ Edward Cowell should prosecute his appeale . . .

[ See Records of the Court of Assistants, i. 69.]

### FORSTER ag$^t$ WAY

Miles Forster Attourny of John Corn plaint. ag$^t$ L$^t$ Richard Way Defend$^t$ The plaint. withdrew his action.

### ARMITAGE ag$^t$ SAVAGE

Joseph Armitage the Assigne of Henry Tucker and Samuel Bennett plaint. ag$^t$ Majo$^r$ Thomas Savage Def$^t$ in an action or actions of debt of about Forty Five pounds of Henry Tuckers, and of about one hundred pounds of Samuel Bennets due by three Judgements of a Court held at Salem; which debts the s$^d$ Savage promised to pay, in that speciall Court wherein hee recovered the Jron workes, the s$^d$ Tucker and Bennett being two of the workemen, with forbearance from the yeare. 1656. according to attachm$^t$ dat$^d$ 3$^d$ July. 1676. . . . The Jury . . . founde for the Defend$^t$ costs of Court.

### KINGMAN ag$^t$ BRIDGEHAM

Thomas Kingman plaint. ag$^t$ Joseph Bridgham Def$^t$ in an action of the case for witholding Eight pounds ten Shillings due for ten